1

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   In re:

12   PLANETPRO, INC.                    Bk. Ct. No. 03-23152-C-11
             Debtor.                    Adv. Case No. 03-2271
13   _____/

14   SEETARAMA SARMA,
                                        NO. CIV. S-03-1967 LKK
15          Appellant,

16      v.
                                            O R D E R
17   PLANETPRO, INC.,

18          Appellee.
     _____/

19

20       This matter is before the court on appellant Sarma's motion

21   to stay further bankruptcy proceedings or implementation of the

22   bankruptcy reorganization plan.  I decide the matter based on

23   the papers and pleadings filed herein and without oral argument.

24   See Local Rule 78-230(h).

25   ////

26   ////

                              1

1        This court has already denied appellant the very relief he

2    seeks here.  On January 21, 2005, the court denied Sarma's

3    appeal of the Bankruptcy Court order denying him a stay, and

4    also denied his pending motion to stay the bankruptcy

5    proceedings.  Because Sarma has not tendered anything new and

6    this issue has been decided by the court, it is law of the case,

7    and there is no occasion for reconsideration.  Appellant's

8    motion is DENIED.

9        IT IS SO ORDERED.

10       DATED:  April 26, 2005.

11       /s/Lawrence K. Karlton
         LAWRENCE K. KARLTON
12       SENIOR JUDGE
         UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26