UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re:

PLANETPRO, INC.                                    Bk. Ct. No. 03-23152-C-11
       Debtor.                                    Adv. Case No. 03-2271
_____/

SEETARAMA SARMA,
                                                        NO. CIV. S-03-1967 LKK
       Appellant,

   v.
                                                          O R D E R
PLANETPRO, INC.,

       Appellee.
_____/

    This action came before this court on several appeals filed by appellant Seetarama Sarma concerning a series of orders and rulings by the bankruptcy court. The court decided the matters on appeal and entered its orders on January 21, 2005 and March 1, 2005. Appellant Sarma filed a bill of costs with the Clerk of Court requesting costs on appeal. Appellee Planet Pro objects to the request on the grounds that the court has not

1

1  awarded costs to any party.  As I explain below, appellee's
2  contentions are well-taken.
3      Costs on bankruptcy appeals are governed by Federal Rule of
4  Bankruptcy Procedure 8014.  That rule provides that "costs shall
5  be taxed against the losing party on an appeal." Fed. R. Bank.
6  Proc. 8014.  "If[,] [however,] a judgment is affirmed or
7  reversed in part, or is vacated, costs shall be allowed only as
8  ordered by the court." Id.  Here, the court nowhere ordered
9  costs in favor of either party; accordingly, the Clerk of the
10 Court cannot enter costs for appellant in this matter.
11     To the extent that appellant's request for costs is
12 construed as a motion to award costs in his favor, that request
13 is denied.  Here, an award of costs lies within the court's
14 discretion because, contrary to appellant's contention, there
15 was no prevailing party.  As explained in the court's orders,
16 appellant's appeals were denied in part and granted in part.[1]
17 Further, appellant does not present any convincing arguments why
18 appellee should bear appellant's costs when it successfully
19 defended against some of his appeals.
20 ////
21 ////
22 ////
23 ////

---

[1] On February 22, 2005, Planet Pro filed a Notice of Appeal with respect to the January 21 Order. On March 4, 2005, Sarma filed a "Notice of Cross-Appeal" with respect to both the January 21 Order and the March 1 Order.

2

1   Accordingly, an award of costs for appellant is not
2 warranted in the instant matter.
3   IT IS SO ORDERED.
4   DATED: June 3, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3